UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

JESSICA K. MASHBURN,

                Plaintiff,

v.

COMMISSIONER OF SOCIAL SECURITY,

                Defendant.

Case No. C22-5538-JHC

**ORDER TO SHOW CAUSE**

Plaintiff's Complaint seeking review of the Commissioner's decision denying social security benefits was filed on July 28, 2022. Dkt. 3. The Clerk issued summonses that same day. Dkt. 4.

Pursuant to Federal Rule of Civil Procedure 4(m), a plaintiff must serve the defendant within 90 days after the complaint is filed. To this day, Plaintiff still has not served Defendant.

Plaintiff is directed to file proof of service on Defendant no later than January 17, 2023, or to show cause as to why this case should not be dismissed. Plaintiff may effectuate service electronically as detailed in General Orders 04-15 and 05-15, by sending a copy of the summonses and complaint, along with Plaintiff's identifying information, by email to

///

///

///

///

ORDER TO SHOW CAUSE - 1

USAWAW.SSAClerk@usdoj.gov. If Plaintiff fails to respond to this order by January 17, 2023, the Court may dismiss this case.

DATED this 3rd day of January, 2023.

John H. Chun
United States District Judge

ORDER TO SHOW CAUSE - 2