UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| JESSICA K. MASHBURN,<br><br>                Plaintiff,<br><br>   v.<br><br>COMMISSIONER OF SOCIAL SECURITY,<br><br>                Defendant. | Case No. C22-5538-JHC<br><br>**ORDER AMENDING THE SCHEDULING ORDER** |

Based on Defendant's Motion to Amend the Scheduling Order, and that Plaintiff's Counsel has no opposition, it is hereby ORDERED that the Scheduling Order shall be amended as follows:

- Defendant shall have up to and including July 5, 2023, to file Defendant's responsive brief; and

- Plaintiff shall have up to and including July 19, 2023, to file a reply brief.

DATED this 2nd day of June, 2023.

*John H. Chun*

John H. Chun
United States District Judge

ORDER AMENDING THE SCHEDULING
ORDER - 1