1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

JESSICA K. M.,

                        Plaintiff,

     v.

COMMISSIONER OF SOCIAL SECURITY,

                     Defendant.

Case No. C22-5538-JHC

**ORDER GRANTING STIPULATED
MOTION FOR REMAND**

Based on the stipulation of the parties, it is ORDERED that the Commissioner's decision in regard to Plaintiff's applications for disability benefits under Titles II and XVI of the Social Security Act be REVERSED and REMANDED to the Commissioner of Social Security, pursuant to sentence four of 42 U.S.C. § 405(g).

Upon remand, the ALJ shall offer the claimant the opportunity for a hearing, take further action to complete the administrative record, and issue a new decision.  The ALJ shall discuss the supportability and consistency of the opinion from Morgan McCormick, Psy.D.  The ALJ shall also reconsider the following, as necessary:

- the claimant's impairments at steps two and three of the sequential evaluation process, including the claimant's cervical degenerative disc condition;

- the claimant's subjective statements;

- the nonmedical evidence;

ORDER GRANTING STIPULATED MOTION
FOR REMAND - 1

1     •   the medical opinion evidence, including the statement of Philip Gibson, Ph.D.;

2     •   the claimant's residual functional capacity; and

3     •   the claimant's ability to work at steps four and five.

4     DATED this 9th day of June, 2023.

John H. Chun
United States District Judge

ORDER GRANTING STIPULATED MOTION
FOR REMAND - 2